1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | Lexi Negin, Bar #250376
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
GERARDO PENALOZA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-046 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO PENALOZA-GONZALEZ, | ) ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on April 11, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 11, 2008, be continued until June 6, 2008.  In addition, the parties stipulate that the time period from April 11, 2008, to June 6, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: April 10, 2008

                    Respectfully submitted,

   McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney               Federal Defender


    /s/Lexi Negin for Kyle Reardon        /s/ Lexi Negin
   KYLE REARDON                         LEXI NEGIN
   Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Gerardo Penaloza-Gonzalez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-046 EJG |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO PENALOZA-GONZALEZ, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on April 10, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 11, 2008, be vacated and that the case be set for Friday, June 6, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 11, 2008, through June 6, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 10 , 2008           /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2