1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN C. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GERARDO PENALOZA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-046 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO PENALOZA-GONZALEZ, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on June 6, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 6, 2008, be continued until June 27, 2008. In addition, the parties stipulate that the time period from June 6, 2008, to June 27, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: June 4, 2008

                Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| /s/Benjamin D.Galloway for Daniel McConkie Jr. | /s/ Benjamin D. Galloway |
| DANIEL MCCONKIE, JR. | BENJAMIN D. GALLOWAY |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Gerardo Penaloza-Gonzalez |

     For the reasons set forth in the stipulation of the parties, filed on June 4, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for June 6, 2008, be vacated and that the case be set for Friday, June 27, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 4, 2008 stipulation, the time under the Speedy Trial Act is excluded from June 6, 2008, through June 27, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   June 4, 2008                    /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          UNITED STATES DISTRICT JUDGE